# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

UNITED STATES OF AMERICA

VS.  3:14-CR-00128-01-BRW

ANDRA L. MCCOY (02)

## ORDER

Defendant's Expedited Motion for Immediate Relief to Correct Sentence and Vacate Restitution (Doc. No. 177) is DENIED.

IT IS SO ORDERED this 18th day of July, 2019.

                                                Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE